599 A.2d 972

**JIM THORPE AREA SCHOOL DISTRICT
and Penn Forest Township**

v.

**CARBON COUNTY TAX CLAIM BUREAU.**

**Petition of Lawrence MARRA.**

Supreme Court of Pennsylvania.

Nov. 13, 1991.

## ORDER

PER CURIAM.

AND NOW, this 13th day of November, 1991, the PAA is granted. The Order of the Commonwealth Court quashing the Petitioner's appeal is reversed. See *Westinghouse v. Board of Property Assessment and Revision*, 525 Pa. 80, 575 A.2d 550 (1990). This matter is remanded to the Commonwealth Court for disposition of the appeal.

McDERMOTT, J., did not participate in the consideration or decision of this matter.